UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jason Lavet Bethune, | Case No. 21-cv-2645 (WMW/DJF) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| District 196th and Eagan Police Department, | |
| Defendants. | |

This matter is before the Court on the September 22, 2022 Report and Recommendation (R&R) of United States Magistrate Judge Dulce J. Foster. (Dkt. 11.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews a R&R for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment; *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The September 22, 2022 R&R, (Dkt. 11), is **ADOPTED**.

2. Plaintiff Jason Lavet Bethune's complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 21, 2022     s/Wilhelmina M. Wright
                             Wilhelmina M. Wright
                             United States District Judge